## 56754. COMMUNITY EDUCATION CENTER v. COHEN et al.

SMITH, Judge.

This appeal from an interlocutory order, having been filed directly without an application for immediate review, does not conform to the requirements of Ga. L. 1975, pp. 757, 758 (Code Ann. § 6-701 (a) 2) and it is, therefore, dismissed.

*Appeal dismissed. Deen, P. J., and Banke, J., concur.*

SUBMITTED OCTOBER 4, 1978 — DECIDED NOVEMBER 14, 1978.

*Young & Associates, S. L. Tucker,* for appellant.

*Clayton Jones, Jr.,* for appellees.